REGENTS v. DUNN.

No. 9440; March 16, 1885.

6 Pac. 377.

**University of California—Disbursement of Funds.**—Funds and securities deposited by the regents of the University of California in the state treasury may be drawn therefrom in the manner provided by statute, namely, on a resolution of the said regents, indorsed by the governor of the state, demanding the same, and section 22, article 4, of the California constitution (providing how money may be drawn from the treasury in other cases) does not apply to such funds and securities, and the warrant of the controller is therefore not an essential prerequisite to the disbursement of such funds by the treasurer.

Petition for writ of mandate to compel the state controller to draw his warrant for certain funds in the state treasury, deposited by the regents of the state university, and thereafter ordered drawn therefrom by resolution of the regents, in the form provided by statute.

John B. Mhoon for petitioner; Attorney General E. C. Marshal and J. M. Lesser for respondents.

By the COURT.—The funds and securities deposited by the regents of the university in the state treasury for safekeeping, may be drawn therefrom in the manner provided by the statute. The statutes which authorize the deposit provide how it shall be withdrawn. It is clear that the first clause of section 22, article 4, of the constitution was not intended to apply to these funds and securities.

Application denied.